1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  Email:  pharvey@harveysiskind.com
   MATTHEW A. STRATTON (SBN 254080)
3  Email:  mstratton@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA  94111
   Telephone:  (415) 354-0100
5  Facsimile:  (415) 391-7124

6
   GEORGE G. MATAVA (*pro hac vice* pending)
7  GMatava@merchantgould.com
   DAVID ST.JOHN-LARKIN (*pro hac vice* pending)
8  Dstjohnlarkin@merchantgould.com
   KELLY R. LUSK (*pro hac vice* pending)
9  klusk@merchantgould.com
   MERCHANT & GOULD, P.C.
10 1050 17th Street, Suite 1950
   Denver, Colorado  80265
11 Telephone: 303.357.1670
   Facsimile:  303.357.1671
12
13 Attorneys for Plaintiff
   THE CUROTTO-CAN, INC.
14

IT IS SO ORDERED

*Judge James Ware*

10/16/2009

15              **IN THE UNITED STATES DISTRICT COURT**

16          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN JOSE DIVISION**

18

| | |
|---|---|
| THE CUROTTO-CAN INC., a California corporation, | Case No. C 09-02887 JW |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |
| KANN MANUFACTURING CORPORATION, an Iowa corporation, | |
| Defendant. | |

19
20
21
22
23
24
25
26
27

1

2

3   Pursuant to the settlement agreement, The Curotto-Can, Inc. ("Plaintiff") and Kann

4   Manufacturing Corporation ("Defendant") (collectively "parties") stipulated and agreed that Plaintiff

5   would seek the dismissal with prejudice of all claims asserted in the complaint with respect to all

6   products accused of infringement, and that costs or fees should not be assessed against any party.

7   Defendant has not yet been served in this suit and has not appeared in this suit.  Rather, parties have

8   been engaged in settlement discussions since the inception of this matter.   Therefore, Plaintiff

9   dismisses this suit with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

    On this basis, the Court is respectfully requested to order the dismissal of this action.

10  Dated:  October 14, 2009                          Respectfully submitted,

11

12                                                    HARVEY SISKIND LLP
                                                      D. PETER HARVEY
13                                                    MATTHEW STRATTON

14                                                    MERCHANT & GOULD P.C.
                                                      GEORGE G. MATAVA
15                                                    DAVID ST. JOHN-LARKIN
                                                      KELLY R. LUSK
16

17                                                    By:  _____/s/_____

18                                                         Matthew A. Stratton

19                                                    Attorneys for Plaintiff
                                                      THE CUROTTO-CAN, INC.
20

21  **IT IS SO ORDERED:**

22  The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

23

24  Dated: October 16, 2009        _____
                                   United States District Judge
25

26

27

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE                    CASE NO. C 09-02887 JW

## PROOF OF SERVICE

1

2         The undersigned declares:  I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party

3    to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

4         On the date stated below, I served the following documents:

5    •    **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

6    by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

7

8    Mr. Ken Goedken
     Kann Manufacturing Corporation
9    210 Regent Street
     Guttenberg, IA  52052
10

11   **X**      **MAIL:**  I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated.  I am

12   readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary

13   course of business.

14   _____      **BY ELECTRONIC MAIL:**  I caused such documents to be sent via electronic mail to the designated email address.

15

16   _____      **FEDERAL EXPRESS – OVERNIGHT DELIVERY:**  I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day

17   delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

18

19   _____      **VIA FAX:**  The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine.  Pursuant to California Rules of

20   Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

21

22   **X**      **(FEDERAL):**  I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

23

24   _____      **(STATE):**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

25   Executed on October 14, 2009 at San Francisco, California.

26

27                        Cynthia Lee

-2-

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE                     CASE NO. C 09-02887 JW